CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Lamont Dewight Brown**<br>DOB: 1973; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-00921MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about June 29, 2026, in the District of Arizona, **Lamont Dewight Brown**, knowing and in reckless disregard of the fact that certain illegal aliens, Florinda Chumil-Morales and Luis Juarez-Gomez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On June 29, 2026, in the District of Arizona (Sells), at approximately 2:10 p.m. Border Patrol Agents (BPAs) observed a black Mercedes traveling northbound on State Route 19 (SR 19), just south of the town of Sells, AZ. BPAs could see three or four people in the darkly tinted passenger compartment of the Mercedes. As BPAs were waiting for returns on the records checks they noticed two of the occupants in the back seat duck down. Records checks revealed the vehicle was registered out of Phoenix, AZ, and had a suspended registration for lack of insurance. The registered owner, **Lamont Dewight Brown**, had a positive hit for a warrant and prior criminal history for alien smuggling. BPAs initiated a vehicle stop to perform an immigration inspection on the occupants. BPAs approached the vehicle from the passenger side and asked the driver to roll down his windows. One of the passengers opened the rear door and the driver, later identified as **Lamont Dewight Brown**, yelled that his passenger windows didn't work. BPAs observed a male and female sitting in the rear seat. The female was slouched down behind the driver's seat, hiding her face. **Brown** was the only occupant in the front of the vehicle. **Brown** was asked what country he was a citizen of **Brown** responded that he was born in the United States. The two passengers, Florinda Chumil-Morales and Luis Juarez-Gomez, stated they were citizens and nationals of Mexico and Guatemala. Record checks revealed Chumil and Juarez do not possess the proper documentation to enter, pass through, or remain in the United States legally.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Florinda Chumil-Morales and Luis Juarez-Gomez

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE<br>Taylor Garrett<br>Border Patrol Agent |
|---|---|

**Sworn by telephone** x

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 30, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.** 26-00921MJ)

Material witness Florinda Chumil-Morales stated she is a citizen and national of Guatemala. She made arrangements in Mexico to be smuggled into the United States. She illegally crossed into the U.S. on June 28, 2026, with two other people. She described the smuggling vehicle as a black car. The pickup instructions were provided by someone who was not present. She waited for one day and four hours to be picked up. The driver appeared to be tall, black, and a male. She further stated that the driver was arrested.

Material witness Luis Juarez-Gomez stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States and paid $200,000 Mexican pesos. He illegally crossed into the U.S. on June 29, 2026, with one other person. Upon arriving at the pick-up location, he waited for one and a half hours before a black sedan arrived for the pickup. The vehicle description was provided beforehand. Both he and the other subject entered the vehicle. He stated that the driver was in communication with the guide. The driver never spoke to them. He could not give a description of the driver.